IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 07-144 UNA <br><br> **JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Louisiana Wholesale Drug Company, Inc., certifies that Louisiana Wholesale Drug Company, Inc., does not have a parent corporation and no publicly traded company owns 10% or more of Louisiana Wholesale Drug Company, Inc.'s stock.

Dated: March 13, 2007

Respectfully submitted,

_____
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433

*Attorney for Plaintiff*
*Louisiana Wholesale Drug Co., Inc.*

*Additional Plaintiff's Counsel*
**GARWIN, GERSTEIN & FISHER, L.L.P.**
Bruce Gerstein
Barry Taus
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

**PERCY, SMITH, & FOOTE, L.L.P.**
David P. Smith
W. Ross Foote
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

**ODOM & DES ROCHES, L.L.P.**
John Gregory Odom
Stuart E. Des Roches
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522 0078