# United States District Court

_____ DISTRICT OF DELAWARE _____

| | |
|---|---|
| **LOUISIANA WHOLESALE DRUG COMPANY, INC.,** on behalf of itself and all others similarly situated, | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER:  0 7 - 1 4 4 |
| BRAINTREE LABORATORIES, INC. | |

TO: (Name and address of defendant)

BRAINTREE LABORATORIES, INC.
c/o Secretary of State
State of Delaware
Townsend Building
Dover, DE 19901
(pursuant to 10 *Del.C.* §3104)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross &
 Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    MAR 1 3 2007
_____            _____
CLERK                                                           DATE

*Evette Watson*
_____
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/13/07 |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: BRAINTREE LABORATORIES C/O THE DELAWARE SECRETARY OF STATE DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/13/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.