IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | C.A. No. 07-144 SLR |
| v. ) ) | |
| BRAINTREE LABORATORIES, INC., ) ) | |
| Defendant. ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bruce Gerstein, Esquire and Barry Taus, Esquire of Garwin Gerstein & Fisher LLP, 1501 Broadway, Suite 1416, New York, NY 10036, along with David P. Smith, Esquire and W. Ross Foote, Esquire of Percy, Smith & Foote, LLP, 720 Murray Street, Alexandria, LA 71309, to represent plaintiff Louisiana Wholesale Drug Company, Inc. in this matter.

_____
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRAINTREE LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-144 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: March 23, 2007

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all other similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-144<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: March 23, 2007

                                                        Barry S. Taus
                                                        Garwin Gerstein & Fisher LLP
                                                        1501 Broadway, Suite 1416
                                                        New York, NY 10036
                                                        (212) 398-0055

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BRAINTREE LABORATORIES, INC.,  )<br><br>Defendant.  ) | C.A. No. 07-144 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of Louisiana and of the State of Tennessee, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: March 21, 2007

David P. Smith
Percy, Smith & Foote, LLP
P.O. Box 1632
720 Murray Street
Alexandria, LA 71309-1632
(318) 445-4480

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-144<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State of Louisiana, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 is being submitted to the Clerk's Office upon the filing of this motion.

Date: _March 21, 2007_

_____
W. Ross Foote
Percy, Smith & Foote, LLP
P.O. Box 1632
720 Murray Street
Alexandria, LA 71309-1632
(318) 445-4480

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-144<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Bruce Gerstein, Esquire, Barry Taus, Esquire, David P. Smith, Esquire and W. Ross Foote, Esquire is granted.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge