IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Louisiana Wholesale Drug Company Inc. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C. A. No. 07-144-SLR |
| v. | ) |
| | ) |
| Braintree Laboratories Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of the below attorneys for Braintree Laboratories Inc.

_/s/ Frederick L. Cottrell, III_
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant

Dated: March 27, 2007

RLF1-3131637-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19890-1070

I hereby certify that on March 27, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Bruce Gerstein
Barry Taus
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY  10036

David P. Smith
W. Ross Foote
Percy, Smith & Foote, LLP
720 Murray Street
P. O. Box 1632
Alexandria, LA  71309-1632

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700