IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOUISIANA WHOLESALE DRUG, COMPANY, INC., on behalf of itself and all Others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-144-SLR |
| v. | ) ) | |
| BRAINTREE LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The parties, by their undersigned counsel, hereby stipulate and agree to extend the time required to answer, plead or otherwise respond to the Complaint at least an additional sixty (60) days to and including June 1, 2007; however, in the event that any party files a motion for a stay of this matter pending the outcome of the trial in Civil Action No. 03-477 (SLR) (D. Del.), an answer or responsive pleading to the Complaint (or any operative Consolidated Complaint or Consolidated Amended Complaint) shall not be required until at least twenty days after a ruling by the Court on any motion for a stay that would require the filing of a responsive pleading. Notwithstanding the above, if Defendant chooses, or is required, to respond to any other complaint filed by a direct purchaser, raising an antitrust claim relating to MiraLax, prior to the

date of response in the above-captioned actions, Defendant shall respond to the operative

Consolidated Complaint (or Consolidated Amended Complaint) first.


__/s/Frederick L. Cottell, III___  
Frederick L. Cottrell, III (#2555)  
cottrell@rlf.com  
Steven J. Fineman (#4025)  
fineman@rlf.com  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
P.O. Box 551  
Wilmington, DE  19801  
(302) 651-7700  

WilmerHale LLP  
Michelle D. Miller  
David B. Bassett  
Mark A. Ford  
60 State Street  
Boston, MA  02109  
(617) 526-6000  









Dated:  March 29, 2007  

_/s/ Jeffrey S. Goddess_____  
Jeffrey S. Goddess (#630)  
jgoddess@rmgglaw.com  
Rosenthal, Monhait & Goddess, P.A.  
919 Market Street, Suite 1401  
Wilmington, DE  19899-1070  
 (302) 656-4433  



Garwin, Gerstein & Fisher, L.L.P.  
Bruce Gerstein  
Barry Taus  
1501 Broadway, Suite 1416  
New York, NY  10036  
(212) 398-0055  


Percy, Smith & Foote, L.L.P.  
David P. Smith  
W. Ross Foote  
720 Murray Street  
P.O. Box 1632  
Alexandria, LA  71309  
(318) 445-4480  

Odom & Des Roches, L.L.P.  
John Gregory Odom  
Stuart E. Des Roches  
Suite 2020, Poydras Center  
650 Poydras Street  
New Orleans, LA  70130  
(504) 522-0077  


        SO ORDERED this _____ day of _____, 2007


                                        _____  
                                        Honorable Sue L. Robinson