IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Louisiana Wholesale Drug Company Inc. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C. A. No. 07-144-SLR |
| v. | ) |
| | ) |
| Braintree Laboratories Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of David B. Bassett, Michelle D. Miller and Mark A. Ford to represent Braintree Laboratories Inc. in this matter.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant

OF COUNSEL:
David B. Bassett
Michelle D. Miller
Mark A. Ford
WilmerHale
60 State Street
Boston, MA 92109
617-526-6000

Dated: 4-2, 2007

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

David B. Bassett

WilmerHale
60 State Street
Boston, MA 02109
617-526-6000

Dated: March 30, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

/s/ Michelle D. Miller
Michelle D. Miller

WilmerHale
60 State Street
Boston, MA 02109
617-526-6000

Dated: March 29, 2007

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Mark A. Ford

WilmerHale
60 State Street
Boston, MA  02109

Dated: 3-29-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

I hereby certify that on April 2, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

| | |
|---|---|
| Bruce Gerstein | David P. Smith |
| Barry Taus | W. Ross Foote |
| Garwin Gerstein & Fisher LLP | Percy, Smith & Foote, LLP |
| 1501 Broadway, Suite 1416 | 720 Murray Street |
| New York, NY 10036 | P. O. Box 1632 |
| | Alexandria, LA 71309-1632 |

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700